UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOHN FURMAN,

Plaintiff,

-against-

SANFORD RICH, Individually, and in his capacity as Executive Director of the Board of Education Retirement System of the City of New York, PETER J. CALANDRELLA, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, RICHARD CARRANZA, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, ISSAC CARMIGNANI, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, RICHARD CARRANZA, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, GENEAL CHACON, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, APRIL CHAPMAN, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, JOSE DAVILA, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, DEBORAH DILLINGHAM, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, NATALIE GREEN GILES, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, MICHAEL KRAFT, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, VANESSA LEUNG, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement

19-CV-02748 (ERK) (JRC)

System of the City of New York, GARY LINNEN, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, JOHN MADERICH, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, DONALD NESBIT, Individually, and in his capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, LINDSEY OATES, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, LORI PODVESKER, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, SHANNON WAITE, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, MIGUELINA ZORRILLA-ARISTY, Individually, and in her capacity as a Member of the Board of Trustees and the Retirement Board of the Board of Education Retirement System of the City of New York, THE BOARD OF TRSUTEES OF THE BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE RETIREMENT BOARD OF THE BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, THE BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK, and THE CITY OF NEW YORK,

Defendants.

--------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Furman and Defendants Sanford Rich, Peter J. Calandrella, Richard Carranza, Isaac Carmignani, Geneal Chacon, April Chapman, Jose Davila, Deborah Dillingham, Natalie Green Giles, Michael Kraft, Vanessa Leung, Gary Linnen, John Maderich, Donald Nesbit, Lindsey Oates, Lori Podvesker,

Shannon Waite, Miguelina Zorrilla-Aristy, the Board of Trustees of the Board of Education of the City of New York, The Retirement Board of the Board of Education Retirement System of the City of New York, The Board of Education Retirement System of the City of New York ("BERS"), and the City of New York, by and through their undersigned counsel, hereby stipulate that this action and all claims and defenses asserted herein be dismissed with prejudice, subject to the terms set forth in the Stipulation of Settlement, entered into between plaintiff and defendants, dated June 22, 2021, and, except for as may be otherwise provided for in said Stipulation of Settlement, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: New York, New York
June 22, 2021

SCHAEFER LAW GROUP, P.C.
*Attorneys for Plaintiff*
186 West Main Street
Smithtown, NY 11787
Tel: (631) 382-4800
wjs@schaeferlawgroup.com

By: ______________________
Wayne J. Schaefer, Esq.

JAMES E. JOHNSON
Corporation Counsel of the
City of New York
*Attorney Defendants*
100 Church Street
New York, New York 10007
Tel: (212) 356-1662
dtrotter@law.nyc.gov

By: ______________________
Darren Trotter
Assistant Corporation Counsel